UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS PHILLIPS, III ,

    Petitioner,

v.                                                                Case No: 8:17-mc-64-T-36TBM

RICHARD DAVIS, HILLSBOROUGH
COUNTY CLERK OF COURTS,
COMPTROLLER OF CURRENCY,
SECURITY AND EXCHANGE
COMMISSIONER, SECRETARY OF
STATE, U.S. BANK N.A. and FRENKEL
LAMERT WEISS WEISMAN AND
GORDON LLP,

    Respondents.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on June 14, 2017 (Doc. 3). In the Report and Recommendation, Magistrate Judge McCoun recommends that the petition for pre-suit discovery be denied and the instant action be dismissed. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)  The Report and Recommendation of the Magistrate Judge (Doc. 3) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)  Petitioner's Pre-Suit Discovery Complaint (Doc. 1) is DISMISSED.

(3)  The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on July 3, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record